**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JEROME LEMEAL WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> THE CLERK OF THE BOARD COUNTY OF MONTEREY, <br><br> Defendant. | Case No. 18-cv-05767-BLF <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE WITHOUT PREJUDICE** <br><br> [Re: ECF 12] |

The Court has reviewed the Report and Recommendation of Magistrate Judge Nathaniel M. Cousins ("Report") to dismiss this action without prejudice because Plaintiff Jerome Lemeal Williams ("Plaintiff") failed to state a plausible claim for relief in his Amended Complaint (ECF 8). *See* ECF 12. No objections to the Report and Recommendation have been filed and the deadline to object has lapsed.

The Court finds the Report correct, well-reasoned and thorough, and ADOPTS it in every respect. Plaintiff attempts to bring claims for which he has not alleged standing because the alleged harm was suffered by his wife and daughter, not himself. He also fails to allege a factual foundation for his request of $10 billion in damages.

Judge Cousins previously granted Plaintiff leave to amend based on these same deficiencies. *See* ECF 7. Because Plaintiff failed to cure these deficiencies in his Amended Complaint, the Court finds that further amendment would be futile. Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 21, 2018

_____
BETH LABSON FREEMAN
United States District Judge